**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

**GIORGI ISAKADZE #A245-906-487**       **CIVIL ACTION NO.  1:26-CV-01177 SEC P**

**VERSUS**                              **JUDGE EDWARDS**

**WARDEN WINN CORRECTIONAL**            **MAGISTRATE JUDGE DAVID J. AYO**
**CENTER ET AL**

**MEMORANDUM ORDER**

Before the Court is a PETITION FOR WRIT OF HABEAS CORPUS under 28 U.S.C. § 2241 [Doc. 1] filed by *pro se* Petitioner Giorgi Isakadze ("Isakadze"), an immigration detainee at Winn Correctional Center in Winnfield, Louisiana.  Isakadze seeks release from his allegedly unlawful detention.

To determine whether Isakadze is entitled to relief, THE CLERK IS DIRECTED to serve a summons, a copy of the PETITION [Doc. 1], and a copy of this ORDER, by certified mail, on: (1) the United States through the United States Attorney for the Western District of Louisiana; (2) the United States Attorney General; (3) DHS/ICE through its Office of General Counsel; and by regular mail on (4) the Warden where Isakadze is detained.

IT IS ORDERED that a response be filed within 21 days after service on the United States Attorney for the Western District of Louisiana, as well as a copy of any order of release previously issued to Petitioner.

IT IS FURTHER ORDERED that Petitioner shall then have seven days to reply.

After the record is complete and delays have run, the Court will determine if genuine issues of material fact exist, which preclude summary judgment and necessitate an evidentiary hearing. If no hearing is necessary, a Report and Recommendation will be issued without further notice.

1

THUS DONE in Chambers on this 6th day of May, 2026.

_____
David J. Ayo
United States Magistrate Judge